UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
OCT 20 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

SAMANTHA BREWSTER,

Plaintiff,

v.

23-CV-544 (JLS) (LGF)

MERCANTILE ADJUSTMENT BUREAU, LLC,

Defendant.

**DECISION AND ORDER**

Plaintiff Samantha Brewster commenced this action against Defendant Mercantile Adjustment Bureau, LLC, alleging claims under the Fair Debt Collection Practices Act. *See* Dkt. 1. The case has been referred to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 6. The Court previously accepted and adopted Judge Foschio's Report and Recommendation ("R&R") (Dkt. 28), with respect to Defendant's motion for summary judgment. Dkt. 31.

On August 12, 2025, Plaintiff filed a motion for attorney's fees. Dkt. 33. Plaintiff's motion was unopposed. *See* Dkt. 37. On September 24, 2026, Judge Foschio issued an R&R recommending that Plaintiff's motion (Dkt. 33) be granted in part and denied in part, with Plaintiff awarded $500 in statutory damages, $500 in actual damages, and $402 in costs, and Plaintiff's counsel awarded $16,014.38 for attorney's fees, for a total award of $17,416.38. Neither party filed objections.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R, and accepts and adopts Judge Foschio's recommendation.

For the reasons stated above and in the R&R, Plaintiff's [33] motion is GRANTED in part and DENIED in part, with Plaintiff awarded $500 in statutory damages, $500 in actual damages, and $402 in costs, and Plaintiff's counsel awarded $16,014.38 for attorney's fees, for a total award of $17,416.38.

SO ORDERED.

Dated: October 20, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE